UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

        Plaintiff,

    v.                                      Case No. 17-cv-390-pp

FOND DU LAC COUNTY,
JENNIFER WATJEN, PENNY KNOLL,
CODY SOKOLIK, MATT REIMENSCHNEIDER,
JASON BRUGGINK, CODY MUELLER,
KEVIN KOELBL, CAPTAIN GALSKE,
LT. BORGEN, DR. DANIEL HECKMAN,
HENRY GUELL, and OFFICER DOES,

        Defendants.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 110) AND
DISMISSING CASE WITH PREJUDICE**

---

On April 26, 2018, the parties filed a stipulation for dismissal with

prejudice. Dkt. No. 110. The court **APPROVES** the stipulation and **ORDERS**

that the case is **DISMISSED** with prejudice under Fed. R. Civ. P. 41(a).

Dated in Milwaukee, Wisconsin this 27th day of April, 2018.

                                  **BY THE COURT:**

                                  **HON. PAMELA PEPPER**
                                  **United States District Judge**